IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATOA ATUALEVAO, | 1:08-cv-01562-DLB (PC) |
| Plaintiff, | ORDER GRANTING IN PART FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| BISACCA, | (Motion#9) |
| Defendant. | 45-DAY DEADLINE |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2009, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted forty-five (45) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated: **March 30, 2009**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE